# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
   **Trustee**       Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                                          Memphis, TN 38101-1918
  **Assoc. Attorney**

November 4, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:    07-60384            Fred & Cathleen Manchester

To Whom It May Concern:

    Enclosed please find check #**818711** in the amount of $1,408.37. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.       15

    Account#        2730011155

    Creditor        WFS Financial Inc.
                    POB 19657
                    Irvine, CA 92623

**FILED**

NOV 0 7 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli